JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTIONE NEWSOME, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ABM AVIATION, INC.; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:24-cv-05583-MEMF (SKx)<br><br>**ORDER GRANTING JOINT STIPULATION OF VOLUNTARY DISMISSAL OF ACTION** |

ORDER GRANTING JOINT STIPULATION OF VOLUNTARY DISMISSAL

# ORDER

Having reviewed and considered the Joint Stipulation of Voluntary Dismissal submitted by Plaintiff Antione Newsome and Defendant ABM Aviation, Inc. and good cause appearing for approval of the same, IT IS HEREBY ORDERED that:

1. Plaintiff's individual claims are dismissed with prejudice;
2. Plaintiff's uncertified putative class action claims are dismissed without prejudice; and
3. Each party to bear its own costs and fees, and to waive all costs and fees against the other.

**IT IS SO ORDERED.**

Dated: November 7, 2024

_____
Hon. Maame Ewusi-Mensah Frimpong
UNITED STATES DISTRICT JUDGE

4857-0636-3373.1

-1-
ORDER GRANTING JOINT STIPULATON OF VOLUNTARY DISMISSAL
Case No 2:24-cv-05583